# BLUM LAW FIRM
### CHERYL INZUNZA BLUM, ESQ.

3201 E. Terra Alta Blvd.
TUCSON, ARIZONA 85716
TELEPHONE: (520) 481-7205

cheryliblum@gmail.com

CHERYL INZUNZA BLUM, SB # 015389 / PCC # 64820
ATTORNEY FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Sebastian Vasquez,<br><br>　　　　Defendant. | 4:25-CR-1244-RM-EJM<br><br>**SEVENTH MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>(Unopposed) |

Defendant Sebastian Vasquez, through counsel undersigned, requests to modify the conditions of his pretrial release to allow him to travel to Imuris, Sonora, Mexico from December 24 to 28, 2025. The Defendant seeks permission in order to visit his family for Christmas.

Mr. Vasquez has been informed that he is required to contact Pretrial Services when he leaves and when he returns. He has been informed that he must follow the directions of his pretrial services officer and that all other pretrial release conditions will remain in effect.

He will be informed to provide the address to his pretrial services officer, Miguel Pride.

-1-

The AUSA Alessandra Bermudez does not object, and United States Pretrial Services Officer Miguel Pride has no objection.

Respectfully submitted this 15th day of December, 2025.

**BLUM LAW FIRM**

s/*Cheryl Inzunza Blum*
Attorney for Defendant

Copies served via ECF